# WORGUL, SARNA & NESS

Phone: (412) 862-0347
Fax: (412) 402-5000

MICHAEL V. WORGUL, ESQ.      *Managing Partner*
SAMIR SARNA, ESQ.            *Partner*
MATTHEW NESS, ESQ.           *Partner*
WILLIAM J THEISEN, ESQ.

429 Fourth Avenue
Suite 1700
Pittsburgh, PA 15219

April 14, 2020

**Appearance of Counsel**

United States of America
v.
Jon DeTemple
2:20-cr-00072-SLH

  Attorney Samir Sarna hereby enters his appearance on behalf of Jon DeTemple at the case captioned at 2:20-cr-00072-SLH.

Sincerely,

_____
Samir Sarna, Esquire

Samir Sarna
Pa. Id. No. 310372
429 Fourth Ave., Ste. 1700
Pittsburgh, PA 15219
Ssarna33@gmail.com
P: (412) 862-0347
F: (412) 402-5000