## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
                                       )

    vs.                              )    Criminal No. 2:20-cr-72
                                         )    Judge Stephanie L. Haines

JON DETEMPLE                       )

### ORDER OF COURT

AND NOW, this 16th day of April, 2020, pursuant to the Administrative Order issued by Chief Judge Hornak at Misc. No. 2:20-mc-394, as amended as of April 16, 2020, IT IS ORDERED that the time period of April 16, 2020, through June 12, 2020, shall be "excluded time" under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the Court finds that the ends of justice served by taking that action substantially outweigh the interests of the parties and the public in a speedy trial. Specifically, such exclusion is necessary in cases not yet set for trial in order to address the reasonably anticipated difficulties in defense counsel quickly communicating or visiting with detained clients (including those detained in locales and facilities under a declared state of emergency), and the inherent delay in the scheduling of further trials as a consequence of the exclusion period set forth in the Administrative Order.

Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record

1