IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 2:20-cr-72 |
| | ) | |
| JON DETEMPLE | ) | |
| Defendant. | ) | |

HEARING ON:   Telephone Status Conference

Before Judge:   Stephanie L. Haines

Heidi M. Grogan, AUSA                                                         Samir Sarna, Esq. and Will Theisen, Esq.
Appear for Plaintiff                                                                  Appear for Defendant

Hearing began:  5/1/20 @ 2:00 p.m.                              Hearing concluded:  2:14 p.m.

Law Clerk: Samantha Stewart                                        Stenographer:  Shirley Hall

Court convened via phone conference.  Court summarized procedural background of case to date.  Parties agreed with summary.  Defense counsel indicated Defendant would prefer an in-person plea hearing. The AUSA advised that the government preferred for the plea hearing to be conducted as soon as possible.  The AUSA also indicated that she would be sending the Court via email the signed plea letter.  The Court advised that it would be issuing a time and place for the guilty plea hearing to be conducted in-person.  Court adjourned.