IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                 )
            vs.                )     Criminal Case No. 2:20-cr-72
                                 )
JON DETEMPLE                  )
              Defendant.     )

HEARING ON:  Telephone Status Conference

Before Judge:  Stephanie L. Haines

Heidi M. Grogan, AUSA                   Samir Sarna, Esq.
Appear for Plaintiff                        Appear for Defendant

Hearing began: 7/17/20 @ 10:00 a.m.        Hearing concluded:  10:18 a.m.

Law Clerk: Samantha Stewart             Stenographer: Sharon Siatkowski

Court convened via phone conference. The parties discussed the possibility of further proceedings by Zoom but Defendant indicated preference for in person proceedings. As the case was initiated by an information, the Court indicated that the motion for extension of time to file pretrial motions (ECF 8) would be denied as moot given the parties' agreement that there were no speedy trial clock implications at this time. The AUSA indicated she would discuss with Defendant's counsel the possibility of conducting future proceedings by Zoom.  Court adjourned.